

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| TEXAS TECH UNIVERSITY HEALTH SCIENCES CENTER-EL PASO, | § | No. 08-16-00164-CV |
| | | Appeal from |
| Appellant, | § | |
| | | 327th District Court |
| v. | § | |
| | | of El Paso County, Texas |
| GLORIA BUSTILLOS, | § | |
| | | (TC # 2015DCV3141) |
| Appellee. | § | |

## J U D G M E N T

This Court has considered this cause on the record and concludes that there was error in the judgment. We therefore reverse the trial court's denial of the plea to the jurisdiction and render that all Bustillos' claims for lack of jurisdiction be dismissed. We further order that the Appellant recover from Appellee all costs, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 13TH DAY OF JUNE, 2018.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, J., and Larsen, J. (Senior Judge)
Larsen, J. (Senior Judge), sitting by assignment